BEFORE THE THIRD DIVISION, MAY 31, 1962

**No. 66824.**—Lido Toy Co. *v.* United States, protest 60/1520 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 66825.**—Contractor's Brick & Supply et al. *v.* United States, protests 60/10763, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 4, 1962

**No. 66826.**—Mosaic Stone Co. et al. *v.* United States, protests 59/9049, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

**No. 66827.**—Tex Mex Brick & Import Co. *v.* United States, protests 59/23773, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.